Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. TERRI ANN COCCARELLI     Docket No. 02-00015-021 ERIE

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of TERRI ANN COCCARELLI, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 6th day of February 2003, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic drug tests thereafter. Further, the defendant shall be required to contribute to the cost of services for any such treatment not to exceed an amount determined reasonable by the probation officer's sliding scale for substance abuse treatment services.
- The defendant shall undergo a mental health assessment and, if deemed necessary, participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay to the United States a special assessment of $100.

02-06-03:   Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 5 Kilograms or More of Powder Cocaine; Sentenced to 30 months' custody of the Bureau of Prisons, to be followed by 4 years' supervised release.

07-09-04:   Released to supervision; Currently supervised by United States Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that urine specimens obtained from Ms. Coccarelli on June 14, 18, and 21, 2007, tested positive for cocaine. Ms. Coccarelli admitted on June 28, 2007, to using cocaine. The positive tests were confirmed by Kroll Laboratory Specialists, Incorporated. Specimens taken since June 26, 2007, have been negative for cocaine. On July 23, 2007, Ms. Coccarelli signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision (enclosed), in which she agreed to the following modification of supervision: The releasee shall be placed on home detention for a period not to exceed 120 days. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. It is the opinion of the Probation Office that Ms. Coccarelli needs to be provided with some community-based structure which home detention can provide. In addition, Ms. Coccarelli was recently referred by the Probation Office for mental health counseling, and the initial report is that she is suffering from severe bipolar disorder and is in need of counseling and medication. Placement on home detention can continue the efforts to address her mental health and drug problems.

U.S.A. vs. TERRI ANN COCCARELLI
Docket No. 02-00015-021 ERIE
Page 2

PRAYING THAT THE COURT WILL ORDER that the releasee shall be placed on home detention for a period not to exceed 120 days. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Office.

ORDER OF COURT

Considered and ordered this 1st day of August, 2007 and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill, Jr._
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2007

_David J. Conde_
U.S. Probation Officer

_Gerald R. Buban_
Supervising U.S. Probation Officer

Place:   Erie, PA